UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**THE WILLIAMS FAMILY**,
 *Plaintiffs,*          Case No.: 3:22-cv-1099-MMH-LL

v.

**KIDS FIRST OF FLORIDA, INC.,**
*Defendant.*

## UNOPPOSED MOTION TO APPEAR *PRO HAC VICE*

NOW COMES counsel for Plaintiffs and moves this Court to approve Aaron W. Rapier's admission and appearance in this case *pro hac vice*. In support of the Motion, counsel states as follows:

1. Counsel seeks special admission of a non-resident lawyer / pro hac vice pursuant to Local Rule 2.01(c).

2. Counsel is in good standing of the bar of the United States District Court (Northern District of Illinois and Central District of Illinois).

3. Counsel is in good standing of the bar of the State of Illinois.

4. Counsel will co-counsel with the undersigned counsel for Plaintiffs.

5. Counsel has appeared or has a motion for admission *pro hac vice* pending in the following state or federal courts in Florida:

- *Families A-V v. DeSantis, et al*, Case No. 2022CV222 (Northern District of Florida, Tallahassee Division).

- *Williams Family v. Kids First of Florida, Inc.*, Case No. 2022CA003680 (Fourth Judicial Circuit, Duval County, Florida).

- *IN RE RW* (a minor), Case No. 2017DP140 Fourth Judicial Circuit, Duval County, Florida).

- *Williams Family v. Florida Dept. of Children and Families, et al*, Case No. 22CA001064, (Second judicial Circuit, Leon County, Florida).

WHEREFORE, movant requests that the current Motion be granted; and that Aaron W. Rapier be admitted pro hac vice in this case.

Dated this 17th date of February, 2023.

/s/ *Karen Gievers*
**Karen Gievers, Esq.**,
Florida Bar No.: 262005
P.O. Box 13302
Tallahassee, Florida 32317
PH: 850.570.0425
Kgievers@karengievers.com

*And*

/s/ Octavia Brown
**Octavia Brown, Esq.**,
Community Law for Families

and Children, PLLC
Florida Bar No.: 0011778
3104 N. Armenia Avenue, STE 2
Tampa, Florida 33607
PH: 813.822.3522
FAX: 863.250.8228
Octavia.brown@community-lawyer.com

*And*

/s/ Aaron Rapier
**Aaron Rapier, Esq.,**
Rapier Law Firm
*Motion for Pro Hac Vice Pending*
Illinois Bar No. 6270472
1770 Park Street, Suite 200
Naperville, Illinois 60563
PH: 630.853.9224
arapier@rapierlawfirm.com

*Trial Attorneys for Plaintiffs*

In accordance with Local Rule 3.01(g), I certify that I conferred with opposing counsel about the current Motion; that defense counsel has no objection to the motion to admit Aaron W/ Rapier pro hac vice; and that the motion is unopposed.

Dated this 17th date of February, 2023.

/s/ *Karen Gievers*
**Karen Gievers, Esq**.,
Florida Bar No.: 262005

3